IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN J. SMITH**                                                                                          **PLAINTIFF**

**VS.**                                  **CASE NO. 4:16CV00821 PSH**

**NANCY A. BERRYHILL,**
Acting Commissioner, Social
Security Administration                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 4th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE